# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In re:

**Porshea Clare Reid,**

Debtor(s).                                    Case No.  10-11625-j13

## ORDER FOR RELIEF FROM STAY AND TO ABANDON PROPERTY LOCATED AT AT 11350 DEODAR WAY, RENO, NV 89506

THIS MATTER comes before the Court on the Motion for Relief from Stay and to Abandon Property ("Motion") filed on April 28, 2010 by **Wells Fargo Bank, N.A.**  True and correct copies of the Motion for Relief from Stay and to Abandon Property and Notice of Deadline for Filing an Objection to Motion for Relief from Stay and to Abandon Property were served on Debtor, Counsel for Debtor, and the Trustee on April 28, 2010. The deadline for objections to be filed was May 24, 2010.  Neither Debtor nor the Trustee has filed an objection or other responsive pleading to Creditor's Motion as of June 3, 2010.

The undersigned counsel for Wells Fargo Bank, N.A. states under penalty of perjury, pursuant to 50 USCA Appx § 521 (2004), that Kate Smith, an employee of Castle Meinhold & Stawiarski, LLC, conducted a search of the data banks of the Department of Defense Manpower Data Center (DMDC) on June 3, 2010, and found that the DMDC does not possess any information indicating that **Porshea Clare Reid** is currently on active military duty.

**IT IS THEREFORE ORDERED** that Wells Fargo Bank, N.A., its successors, nominees, assigns and/or real party in interest, and any and all holders of all liens against the subject property, are hereby given relief from the automatic stay pursuant to 11 USC §362 (a) in order to enforce their rights under the terms of the Note and Mortgage or Deed of Trust by commencing or proceeding with the appropriate action against the Debtor and/or the Property described as:

**LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A"**

which has the address of **11350 DEODAR WAY, RENO, NV 89506,** and to exercise any other right or remedy available under law or equity against such property.

  **IT IS FURTHER ORDERED THAT**:

  1. The Property is no longer property of the estate.

  2. The automatic stay is not modified by this order to permit Creditor to collect any deficiency owed by the Debtor to Creditor after a foreclosure sale;

  3. This Order shall be effective if this case converts to any other Chapter under the Bankruptcy Code.

      _____
      Robert H. Jacobvitz
      United States Bankruptcy Judge

Entered on Docket: June 7, 2010
RESPECTFULLY SUBMITTED BY:
CASTLE MEINHOLD & STAWIARSKI

s/ filed electronically_____
Sharon Hankla
Attorney for Creditor
Castle Meinhold & Stawiarski, LLC
20 First Plaza NW, Suite 602
Albuquerque, NM 87102
(505) 848-9507 (505) 848-9516

Copies To:

Debtor
**Porshea Clare Reid**
970 Valley Vista Rd.
Anthony, NM 88021

Attorney for Debtor
**Andrew Paul Yarrington**
Melwani Law, P.C.
10749 Prospect NE Suite F
Albuquerque, NM 87112

Trustee
**Kelley L. Skehen**
625 Silver Avenue SW
Suite 350
Albuquerque, NM 87102-3111

10-1315

EXHIBIT "A"

The land referred to in this Commitment is situated in the County of Washoe, State of
Nevada and is described as follows:

PARCEL 48A, OF PARCEL MAP NO. 173, FOR MAVERICK INVESTMENTS, ACCORDING TO
THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE
COUNTY, STATE OF NEVADA ON JULY 8, 1975, AS FILE NO. 369973.